**Stay Lifted; Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 15, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00207-CV

## IN RE CLEAR BLUE INSURANCE COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-65578**

## MEMORANDUM OPINION

On March 21, 2024, relator Clear Blue Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of Harris County, to vacate the trial court's March 5, 2024 order denying relator's motion to sever and abate plaintiff's extracontractual claims.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift this Court's April 12, 2024 stay order.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.